UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIL ASTORGA LIFER,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN JAMES D. HARLEY, et al.,<br><br>    Respondent. | No. SACV 09-274 DDP (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 30, 2012

_____
DEAN D. PREGERSON
United States District Judge