UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDIL ASTORGA LIFER, | ) | No. SACV 09-274 DDP (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| WARDEN JAMES D. HARLEY, et al., | ) ) ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 30, 2012

_____
DEAN D. PREGERSON
United States District Judge